**THORNTON DAVIDSON**, #166487
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795

Attorneys for Plaintiff, TONY FOSTER

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FOSTER,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG TERM DISABILITY PLAN<br><br>        Defendant. | Case No.: C 05 3635 CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:   January 13, 2006<br>Time:  8:30 a.m.<br>Judge: Honorable Charles R. Breyer<br>Courtroom: 8 (19th Floor) |

   I, Thornton Davidson, counsel for plaintiff Tony Foster, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

   1.   The initial Case Management Conference is scheduled for January 13, 2006 at 8:30 a.m. in Courtroom 8 before the Honorable Charles R. Breyer.

   2.   Counsel for the parties have filed the Joint Case Management Statement.

   3.   This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

   4.   Defense Counsel does not object to my appearance by telephone.

///

///

REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED] ORDER
CASE NO.: C 05 3635 CRB

1

Dated: January 9, 2006                                    /S/ Thornton Davidson
                                                          THORNTON DAVIDSON
                                                          Attorney for Plaintiff,
                                                          TONY FOSTER

[PROPOSED] ORDER

Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: January 12, 2006                                    _____
                                                          HONORABLE CHARLES R. BREYER
                                                          U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED] ORDER
CASE NO.: C 05 3635 CRB

2