| | |
|---|---|
| 1 | **THORNTON DAVIDSON**, #112006<br>THORNTON DAVIDSON & ASSOCIATES |
| 2 | 2055 San Joaquin Street<br>Fresno, California 93721-2717 |
| 3 | Telephone:    (559) 256-9800<br>Facsimile:    (559) 256-9795 |

Attorneys for Plaintiff, TONY FOSTER

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FOSTER,             ) | Case No.: C 05-3635 CRB |
|                          ) | |
|         Plaintiff,       ) | **STIPULATION OF DISMISSAL OF** |
| v.                       ) | **ACTION WITH PREJUDICE** ~~PROPOSED~~ |
|                          ) | **ORDER THEREOF** |
| CALIFORNIA STATE AUTOMOBILE  ) | |
| ASSOCIATION INTER-INSURANCE  ) | |
| BUREAU GROUP LONG TERM       ) | |
| DISABILITY PLAN              ) | |
|                          ) | |
|         Defendant.       ) | |

Plaintiff Tony Foster ("plaintiff"), and defendant California State Automobile Association Inter-Insurance Bureau Group Long Term Disability Plan ("defendant"), through their respective attorneys of record, Thornton Davidson, Esq., Thornton Davidson & Associates, on behalf of plaintiff, and Sean P. Nalty, Esq., Kelly, Herlihy &Klein, on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice and in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own costs.

IT IS SO STIPULATED.

THORNTON DAVIDSON & ASSOCIATES

Dated: May 10, 2006           /S/ Thornton Davidson
                              Thornton Davidson
                              Attorney for Plaintiff
                              TONY FOSTER

KELLY, HERLIHY & KLEIN, LLP

Dated: May 9, 2006            /S/ Sean P. Nalty
                              Sean P. Nalty
                              Attorney for Defendant,
                              CALIFORNIA STATE AUTOMOBILE
                              ASSOCIATION INTER-INSURANCE
                              BUREAU GROUP LONG TERM
                              DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

Date: May 13, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER THEREON
CASE NO.: C 05-3635 CRB

2